IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FROILAN REYES
ADC #155527                                                                PLAINTIFF

v.                          No. 4:17-cv-762-DPM

SHARYN ROHDER, APN, North Central Unit            DEFENDANT

ORDER

Despite receiving an extension of time, *Doc. 130*, Reyes hasn't filed objections to the recommendation. The Court adopts Magistrate Judge Harris's careful recommendation, *Doc. 128*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Reyes hasn't met proof with proof to show that Rohder was deliberately indifferent to his serious medical needs. Rohder's motion for summary judgment, *Doc. 121*, is therefore granted. Reyes's Eighth Amendment claim against Rohder will be dismissed with prejudice. His state law claims will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2020