IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FROILAN REYES
ADC #155527                                                              PLAINTIFF

v.                              No. 4:17-cv-762-DPM

DOES, Doctors at the Pulaski County Jail and
ADC; DAVID B. WARNER, MD, UAMS;
HARVEY L. BERANCE, Jones Eye Institute;
JOHNSON, Doctor, Pulaski County Detention
Center; ESTELLA BLAND, RN, Cummins Unit;
LaSONYA GRISWOLD, Cummins Unit;
MARCUS LAW, Doctor, ADC; and SHARYN
ROHDER, APN, North Central Unit                                          DEFENDANTS

## JUDGMENT

1. Reyes's Eighth Amendment claim that Rohder failed to refer him to an optometrist is dismissed with prejudice.

2. Reyes's claims against Bland and Griswold are dismissed with prejudice as time-barred.

3. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2020